UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO. 06-20307

UNITED STATES OF AMERICA,

-V-

TOM TOMA,

_____/

## ORDER DENYING MOTION TO EXTEND REPORTING DATE

Presently before the Court is Defendant's Motion to Extend Time for reporting to the Bureau of Prisons.

The Court has reviewed the Motion and is not persuaded that the grounds for the relief sought warrant an extension of time.

Therefore;

Defendant's Motion is DENIED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: June 13, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 13, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager