Local MIE Form 1
(7/02)

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**

**for the**

**Eastern District of Michigan**

UNITED STATES OF AMERICA

                v.

TOMA, Tom                                                                  Crim. No.06-CR-20307-01

      On April 22, 2011, the Court authorized the issuance of a supervised release summons based upon a violation petition citing violations of supervision.   The issues of the violations were heard in Court on April 25, 2011, and the Court made the following finding:

    ✔        The petition was dismissed by the Court.   No additional sanction was imposed and the offender was continued on supervised release.

Respectfully submitted,

s/Wyndi Surdu
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be dismissed and supervision in this case be continued.   All conditions imposed at the time of sentencing remain in effect.

      Dated this <u>10th</u> Day of   June, 2011.

s/Patrick J. Duggan
United States District Judge